**Warren RUSSELL, Plaintiff–Appellant,**

v.

**Jon E. OZMINT; A.J. Padula, Warden; Margret E. Bell, Associate Warden; J.J. BROOKS, Associate Warden; Ms. Whitney, Defendants–Appellees.**

**No. 11–6148.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2011.

Decided: July 6, 2011.

Warren Russell, Appellant Pro Se. Lisa Arlene Thomas, THOMPSON & HENRY, PA, Conway, South Carolina, for Appellees.

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren Russell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Russell v. Ozmint*, No. 9:10–cv–1246–JMC, 2011 WL 117064 (D.S.C. Jan. 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*